ACCEPTED
03-12-00453-CV
7509866
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 9:53:26 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/23/2015 9:53:26 AM
JEFFREY D. KYLE
Clerk

October 23, 2015

Jeffrey D. Kyle, Clerk
Price Daniel, Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

RE:    Case No. 03-12-00453-CV; *State Bd. For Educator Certification v. Robert D. Lange*; In the Court of Appeals for the Third District of Texas at Austin

Dear Mr. Kyle:

Please be advised that the undersigned counsel will be on vacation and out of town or unavailable from Monday, November 23rd through and including Friday, November 27, 2015.  I respectfully request that no hearings or deadlines be scheduled during that period.

Thank you for your attention, and please advise if you have any questions.


Very truly yours,
/s/ Ellen Sameth
Ellen Sameth
Assistant Attorney General
Administrative Law Division
Telephone: (512) 936-1838
Facsimile: (512) 474-1062

cc:    Kevin F. Lungwitz                    *Via: Electronic Service*
       LUNGWITZ & LUNGWITZ, P.C.
       3005 S. Lamar Blvd
       Box D-109-362
       Austin, Texas 78704-4785
       Kevin@LungwitzLaw.com